No. D–2309.  IN RE DISCIPLINE OF GRAYSON.  Russell Wayne Grayson, of Ridgewood, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2310.  IN RE DISCIPLINE OF LESTER.  Althear A. Lester, of Newark, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2311.  IN RE DISCIPLINE OF RICHARDS.  Dean Edward Richards, of Indianapolis, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2312.  IN RE DISCIPLINE OF RIGGS.  Steven J. Riggs, of Lafayette, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2313.  IN RE DISCIPLINE OF SHANAHAN.  Joseph B. Shanahan, Jr., of Chelmsford, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2314.  IN RE DISCIPLINE OF CHANCE.  Brian Walter Chance, of Lowell, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M60.  BONTON v. LOUISIANA DEPARTMENT OF LABOR UNEMPLOYMENT COMPENSATION OFFICE ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 01–7929.  GYADU v. D'ADDARIO INDUSTRIES, INC., ET AL. Sup. Ct. Conn.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 953] denied.